January 21, 2011

Mr. Peter Cario
Patterson & Wagner
Northwest Center
7550 I-10 West, Suite 500
San Antonio, TX 78229

Mr. Tim Maloney
Law Office of Tim Maloney
900 S.E. Military Drive
San Antonio, TX 78214
Ms. Laura A. Cavaretta
Plunkett & Gibson, Inc.
70 NE Loop 410, Suite 1100
San Antonio, TX 78216

Ms. Elizabeth Conry Davidson
Attorney at Law
1802 Blanco Road
San Antonio, TX 78212-2614

RE: Case Number: 09-0665
 Court of Appeals Number: 04-08-00200-CV
 Trial Court Number: 2007-CI-11855

Style: TERRY LEONARD, P.A. AND APRIL DAWN HAIN, M.D.
 v.
 ANDRE GLENN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |